TENTATIVE RULING

ISSUED BY JUDGE MARGARET M. MANN

Adversary Case Name:     LESLIE GLADSTONE, TRUSTEE v. ALAN HOLSAPPLE

Adversary Number:        13-90260

Case Number:             12-06549-MM7

Hearing:                 10:00 AM Wednesday, April 23, 2014

Motion:                  PRE-TRIAL STATUS CONFERENCE (fr. 2/20/14)

Continued to June 11, 2014 at 10:00 a.m., Department 1 to allow parties to conduct additional discovery and discuss settlement.   Appearances at the April 23, 2014 hearing are excused.