Leslie T. Gladstone, Esq. (SBN 144615)
Christin A. Batt, Esq. (SBN 222584)
FINANCIAL LAW GROUP
401 Via Del Norte
La Jolla, CA 92037
Telephone: (858) 454-9887
Facsimile: (858) 454-9596

Attorneys for Leslie T. Gladstone, Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>SAN DIEGO DOOR & WINDOW, INC.,<br><br>Debtor.<br><br>LESLIE T. GLADSTONE, Chapter 7 Trustee,<br><br>Plaintiff,<br><br>v.<br><br>ALAN HOLSAPPLE, in his individual capacity and dba DISCOUNT DOOR AND WINDOW, and ROE DEFENDANTS 1 through 20, inclusive,<br><br>Defendants. | Case No.: 12-06549-MM7<br><br>Adv. No.: 13-90260-MM<br><br>**STATUS REPORT**[1]<br><br>Date:   June 11, 2014<br>Time:   10:00 a.m.<br>Dept:   One (1)<br>Honorable Margaret M. Mann |

On or about October 21, 2013, Leslie T. Gladstone, the chapter 7 trustee (the "**Trustee**"), filed a complaint against Alan Holsapple, in his individual capacity and dba Discount Door and Window and Roe Defendants 1 through 20, inclusive (collectively, "**Defendants**"), to avoid and recover fraudulent transfers, preferential transfers, and/or postpetition transfers made by the Debtor

---

[1] The Trustee's counsel sought to file this Status Report jointly with Defendant's counsel and left messages for Mr. Quackenbush to that effect, but no timely response was received.

to Defendants. On or about November 20, 2013, defendant Alan Holsapple responded to the complaint by filing an answer.

The Trustee, Mr. Holsapple, and their respective counsel met on March 21, 2014, to discuss settlement issues. The parties are cooperating, but settlement discussions have unfortunately stalled.

The Trustee is preparing to serve discovery requests on Defendants.

FINANCIAL LAW GROUP

Dated: June 5, 2014　　　　　　　　　　　　By:　/s/ Christin A. Batt
　　　　　　　　　　　　　　　　　　　　　　　　Christin A. Batt
　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Leslie T. Gladstone, Trustee

**PROOF OF SERVICE**

I, the undersigned, hereby declare as follows:

I am employed in the city of La Jolla, county of San Diego, California. I am over the age of 18 years and not a party to the within action. My business address is 401 Via Del Norte, La Jolla, California 92037.

On **June 5, 2014,** I caused to be served:

**STATUS REPORT**

on each of the interested parties stated on the service list.

**I.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**:
Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **June 5, 2014,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated below:

- Leslie T. Gladstone, email:    candic@flgsd.com, candic@flgsd.com; christinb@flgsd.com; sandray@flgsd.com; marian@flgsd.com; ltg@trustesolutions.net
    - *Chapter 7 Trustee*
- Gary A. Quackenbush, email:    gary@gqlaw.com
    - *Attorney for the Defendant*

**II.    SERVED BY U.S. MAIL OR OVERNIGHT MAIL:** On _____, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows:

**None**

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on **June 5, 2014**, at La Jolla, California.

/s/ Sandra Young
Sandra Young

In re: SAN DIEGO DOOR & WINDOW, INC., Case Number 12-06549-MM7 / ADV. 13-90260-MM
Proof of Service