Leslie T. Gladstone, Esq.  (SBN 144615)
Christin A. Batt, Esq.  (SBN 222584)
FINANCIAL LAW GROUP
401 Via Del Norte
La Jolla, CA 92037
Telephone: (858) 454-9887
Facsimile:  (858) 454-9596

Attorneys for Leslie T. Gladstone, Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No.: 12-06549-MM7 |
| SAN DIEGO DOOR & WINDOW, INC., | Adv. No.: 13-90260-MM |
| Debtor. | **STATUS REPORT** |
| | Date:       October 2, 2014 |
| LESLIE T. GLADSTONE, Chapter 7 Trustee, | Time:      10:00 a.m. |
| | Dept:       One (1) |
| | Honorable Margaret M. Mann |
| Plaintiff, | |
| v. | |
| ALAN HOLSAPPLE, in his individual capacity and dba DISCOUNT DOOR AND WINDOW, and ROE DEFENDANTS 1 through 20, inclusive, | |
| Defendants. | |

On or about October 21, 2013, Leslie T. Gladstone, the chapter 7 trustee (the "**Trustee**"), filed a complaint against Alan Holsapple, in his individual capacity and dba Discount Door and Window and Roe Defendants 1 through 20, inclusive, to avoid and recover fraudulent transfers, preferential transfers, and/or postpetition transfers made by the Debtor to defendants.  On or about November 20, 2013, defendant Alan Holsapple ("**Defendant**") responded to the complaint by filing an answer.

/ / /

1  The Trustee, Defendant, and their respective counsel met on March 21, 2014, to discuss
2  settlement issues. The parties had been cooperating but settlement discussions unfortunately
3  stalled.

4  On August 14, 2014, the Trustee served discovery requests on Defendant. To date, the
5  Trustee has received no response to the discovery requests, which responses are now past due.

6  The Trustee may file a motion to compel responses and/or a motion for summary judgment.

7  FINANCIAL LAW GROUP

8

9  Dated: September 25, 2014        By:   /s/ Christin A. Batt
                                          Christin A. Batt
10                                        Attorneys for Leslie T. Gladstone, Trustee

# PROOF OF SERVICE

I, the undersigned, hereby declare as follows:

I am employed in the city of La Jolla, county of San Diego, California. I am over the age of 18 years and not a party to the within action. My business address is 401 Via Del Norte, La Jolla, California 92037.

On **September 25, 2014,** I caused to be served:

**STATUS REPORT**

on each of the interested parties stated on the service list.

**I.     TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**:
Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **September 25, 2014,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated below:

- Leslie T. Gladstone, email:    candic@flgsd.com, candic@flgsd.com; christinb@flgsd.com; sandray@flgsd.com; marian@flgsd.com; ltg@trustesolutions.net
    - *Chapter 7 Trustee*
- Gary A. Quackenbush, email:    gary@gqlaw.com
    - *Attorney for the Defendant*

**II.     SERVED BY U.S. MAIL OR OVERNIGHT MAIL:** On _____, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows:

**None**

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on **September 25, 2014**, at La Jolla, California.

/s/ Sandra Young
Sandra Young